AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fawsett, Patricia C | U.S. District Court FL-M | 05/01/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 80 N. Hughey Ave.<br>Orlando, FL 32801 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Founding Trustee | The Negro Spiritual Scholarship Foundation |
| 2. Member- Board of Directors | Bok Tower Gardens Foundation, Inc. |
| 3. Director | Historical Society of the United States District Court for the Middle District of Florida, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS -Fundamental Investors Fund A | A | Dividend | L | T | Partial sale | 3-15 | K | D | |
| 2. AMERICAN FUNDS -Growth Fund of America A | A | Dividend | L | T | | | | | |
| 3. AMERICAN FUNDS -Investment Company of America A | A | Dividend | | | Sold | 3-15 | K | D | |
| 4. LORD ABBETT FUNDS- Affiliated Fund A | A | Dividend | L | T | | | | | |
| 5. LORD ABBETT FUNDS- MidCap Fund A | A | Dividend | K | T | | | | | |
| 6. AMERICAN FUNDS -American Balanced Fund A | B | Dividend | K | T | | | | | |
| 7. AMERICAN FUNDS - Bond Fund of America A | B | Dividend | K | T | | | | | |
| 8. AMERICAN FUNDS - Income Fund of America A | B | Dividend | K | T | | | | | |
| 9. Hillsbourough County FL Utility Bond | B | Interest | L | T | Redeemed | 8-1 | L | A | |
| 10. ████████Tenants in Common / Orange Cty FL Real Est | | None | J | R | | | | | |
| 11. PUTNAM FUNDS - George Putnam Fund A | B | Dividend | K | T | | | | | |
| 12. ANCH NATL LIFE INS ANNTY /Polaris II / Davis Venture | A | Dividend | K | T | | | | | |
| 13. ANCH NATL LIFE INS ANNTY /Polaris II/ Davis Real Estate | A | Dividend | L | T | | | | | |
| 14. ANCH NATL LIFE INS ANNTY /Polaris II/ MFS MidCapGrth | | None | J | T | | | | | |
| 15. ANCH NATL LIFE INS ANNTY /Polaris II / MFS Tl Return | A | Dividend | K | T | | | | | |
| 16. VAN KAMPEN FUNDS -Comstock Fund A | A | Dividend | K | T | | | | | |
| 17. AMERICAN FUNDS - Growth Fund of | A | Dividend | J | T | Sold | 5-4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type(e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| America A | | | | | | | | | |
| 18. AMERICAN FUNDS - Investment Company of America A | A | Dividend | J | T | Sold | 5-4 | J | A | |
| 19. Edward Jones Money Market | B | Dividend | J | T | | | | | |
| 20. HARTFORD FUNDS- Capital Appreciation Fund A | A | Dividend | J | T | Sold | 5-4 | J | A | |
| 21. HARTFORD FUNDS - Mid Cap Fund A | A | Dividend | J | T | Sold | 5-4 | J | A | |
| 22. HARTFORD FUNDS - Stock Fund A | A | Dividend | J | T | Sold | 5-4 | J | A | |
| 23. VAN KAMPEN FUNDS - Comstock Fund A | A | Dividend | J | T | Sold | 5-4 | J | A | |
| 24. PUTNAM FUNDS - New Value Fund A | A | Dividend | J | T | Sold | 5-4 | J | A | |
| 25. AMERICAN FUNDS -Samllcap World Fund A | A | Dividend | J | T | Sold | 5-4 | J | A | |
| 26. American Funds-Capital Income Builder A | A | Dividend | J | T | | | | | |
| 27. American Funds- Capital World Bond Fund A | A | Dividend | J | T | | | | | |
| 28. American Funds- Capital World Growth and Income Fund A | A | Dividend | K | T | | | | | |
| 29. American Funds-EuroPacificFund A | A | Dividend | K | T | | | | | |
| 30. VanKampen Funds-Real Estate Fund A | A | Dividend | K | T | | | | | |
| 31. VanKampen Funds-Real Estate Fund A | A | Dividend | J | T | | | | | |
| 32. Edward Jones Profit Sharing Plan | C | Dividend | K | T | | | | | |
| 33. Edward Jones 401k | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. America New World Fund | A | Dividend | J | T | Buy | 3-15 | J | | |
| 35. American Small Cap World Fund | A | Dividend | J | T | Buy | 3-15 | J | | |
| 36. FranklinTempleton Natural Resource Fund | A | Dividend | J | T | Buy | 3-15 | J | | |
| 37. Franklin Templeton Utility Fund | A | Dividend | J | T | Buy | 3-15 | J | | |
| 38. Frankilin Templeton Real Estate Fund | A | Dividend | J | T | Buy | 3-15 | J | | |
| 39. Templeton China Fund | A | Dividend | J | T | Buy | 3-15 | J | | |
| 40. Franklin Templeton Gold & Precious Metal Fund | A | Dividend | J | T | Buy | 5-9 | J | | |
| 41. Franklin Templeton Natural Resource Fund | A | Dividend | J | T | Buy | 5-9 | J | | |
| 42. Franklin Templeton Real Estate Fund | A | Dividend | J | T | Buy | 5-9 | J | | |
| 43. Templeton China Fund | A | Dividend | J | T | Buy | 5-9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/2/07

NOTE: ANY INDIVI████████NOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544